MERCHANTS NATIONAL BANK OF NEW YORK, Appellant, v. JUNIUS DAVIS and J. A. LEAK, Receivers.

*Mr. T. W. Strange,* for plaintiff (appellant).
*Messrs. George Rountree* and *George Davis,* for defendant.

BURWELL, J.: For reasons stated in the opinion in the Commercial and Farmers National Bank of Baltimore against Davis, Receiver, at this term, the judgment in this cause is affirmed.